AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF _MASSACHUSETTS_____

UNITED STATES OF AMERICA
V.
VAUGHN LEWIS
3 Goddard Road, 2nd Fl.
Brockton, MA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 03mj0469 RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 27, 2003__ in __Plymouth__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

Move and travel in interstate and foreign commerce with intent to avoid prosecution, custody and confinement under the laws of the Commonwealth of Massachusetts for the crimes of Armed Assault to Murder, in violation of Mass. Gen. L. c. 265, Section 18(b); Assault and Battery with Dangerous Weapon, in violation of Mass. Gen. L. c. 265, Section 15A(b); Possess Large Capacity Firearm, in violation of Mass. Gen. L. c. 269, Section 10(m); and Firearm Violation with Two Prior Violent Drug Crimes, in violation of Mass. Gen. L. c. 269, Section 10G(B), which crimes are felonies under the laws of the Commonwealth of Massachusetts, from which VAUGHN LEWIS has fled.

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Deputy U.S. Marshal__ and that this complaint is based on the following
Official Title

facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:   [X] Yes   [ ] No

_____
Signature of Complainant
PAUL HARTFORD
Special Deputy U.S. Marshal
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

NOV 20 2003  at 12:54 pm
November _____, 2003
Date                                                     at Boston, Massachusetts
                                                            City and State
ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Judicial Officer

Name & Title of Judicial Officer

## **AFFIDAVIT**

Boston, Massachusetts

November 20, 2003

I, Paul Hartford, Special Deputy Unites States Marshal (SDUSM), Federal Bureau of Investigation (FBI), being duly sworn, upon my oath depose and state:

1. The FBI has been requested to assist the Plymouth County District Attorney's Office in the location and apprehension of VAUGHN LEWIS.

2. I have been informed by the Plymouth County District Attorney's Office as follows:

    a. VAUGHN LEWIS was indicted by the Plymouth Superior Court on November 3, 2003, and charged with Assault To Murder, Armed; Assault and Battery With Dangerous Weapon; Possession of Large Capacity Firearm; and Firearm Violation With Two Prior Violent Drug Crimes;

    b. The crime of Assault To Murder is a felony under Massachusetts General Law (MGL) Chapter 265, Section 18(b); the crime of Assault and Battery With Dangerous Weapon is a felony under MGL Chapter 265, Section 15A(b); the crime of Possession of Large Capacity Firearm is a felony under MGL Chapter 269, Section 10(m); and, the crime of Firearm Violation With Two Prior Violent Drug Crimes is a felony under MGL Chapter 269, SectionG9(h);

    c. On November 12, 2003 an arrst warrant was issued by the Plymouth Superior Court for the apprehension of VAUGHN LEWIS;

    d. Law enforcement efforts to locate VAUGHN LEWIS, within the Commonwealth of Massachusetts have been unsuccessful;

e. It is believed that VAUGHN LEWIS has fled the Commonwealth of Massachusetts because information developed by the Drug Enforcement Administration is that VAUGHN LEWIS has fled to the state of Florida;

f. The Plymouth County District Attorney's Office will rendite VAUGHN LEWIS if he is apprehended outside the District of Massachusetts.

3. Attached hereto and made a part hereof is a letter from the Plymouth County District Attorney requesting FBI assistance and assuring VAUGHN LEWIS's rendition, and a copy of the certified arrest warrant.

PAUL HARTFORD
Special Deputy United States Marshal
Federal Bureau of Investigation

NOV 20 2003
Subscribed and sworn to before me this _____ day of November, 2003.

ROBERT B. COLLINGS
United States Magistrate Judge



**COMMONWEALTH OF MASSACHUSETTS**
PLYMOUTH DISTRICT

---

**OFFICE OF THE DISTRICT ATTORNEY**

MAIN OFFICE:
32 BELMONT STREET
P.O. BOX 1665, BROCKTON, MA 02303-1665
TEL: (508) 584-8120
FAX: (508) 586-3578

TIMOTHY J. CRUZ
DISTRICT ATTORNEY

November 13, 2003

Michael J. Sullivan, U.S. Attorney
United States Attorney's Office
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

RE: Unlawful Flight to Avoid Prosecution Warrant on Vaughn Lewis, D.O.B. 05/02/80. The FBI has information that subject has fled the Commonwealth of Massachusetts to parts unknown.

Dear Sir:

The Plymouth County District Attorney's Office is making formal application for an Unlawful Flight to Avoid Prosecution Warrant on the above subject. He is wanted on a warrant of Armed Assault to Murder, Assault and Battery with a Dangerous Weapon, Possession of a Large Capacity Firearm and Firearm Violation with Two Prior Violent Drug Crimes issued out of Plymouth County Superior Court, Brockton, MA.

Information has been received from the State Police and the Federal Fugitive Department that Mr. Lewis has fled the Commonwealth of Massachusetts to parts unknown.

This office intends to rendite Mr. Lewis in the event he is apprehended in the United States. If you have any questions, please do not hesitate to contact me.

Very truly yours,

*[signature]*

FRANK J. MIDDLETON, JR.
First Assistant District Attorney
Plymouth District

FJM/jp
Enclosure

| WARRANT | 0383CR000514 | | Trial Court of Massachusetts |
|---|---|---|---|
| Plymouth Superior | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | | Plymouth Superior Court |

LEWIS, VAUGHN
3 GODDARD ROAD 2ND FLOOR
BROCKTON, MA

TO ANY AUTHORIZED OFFICER:
REASON FOR WARRANT

☐ Representation of prosecutor that defendant may not appear unless arrested.
☒ Defendant failed to appear after being summoned to appear.
☐ Defendant failed to appear after recognizing to appear.
☐ Defendant failed to pay court ordered monies in the amount of $_____.
☐ Defendant failed to pay non-criminal motor vehicle fine in the amount of $_____.
☐ Defendant failed to appear for Probation Surrender Hearing
☐ Other:

| DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| 05/02/1980 | M | B | 5'05" | 150 | BRO | BLK |

C. #
SOCIAL SECURITY # 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

DATE OF OFFENSE: 07/27/2003
PLACE OF OFFENSE: BROCKTON

COMPLAINANT
POLICE DEPARTMENT: BROCKTON PD (COMMUNI

DATE OF COMPLAINT: 11/03/2003
RETURN DATE AND TIME:

COUNT-OFFENSE
- 265/18/C ASSAULT TO MURDER, ARMED c265 §18(b)
on 07/27/2003, being armed with a dangerous weapon, HANDGUN, did assault TYRONE JACKSON with intent to murder such person, in violation of G.L. c.265, §18(b). (NO DISTRICT COURT FINAL JURISDICTION IN ADULT SESSION; must submit a DNA sample within 90 days of conviction pursuant to G.L. c.22E, §3.)

COUNT-OFFENSE
- 265/15A/A A&B WITH DANGEROUS WEAPON c265 §15A(b)
on 07/27/2003 did, by means of a dangerous weapon, a HANDGUN, assault and beat TYRONE JACKSON, in violation of G.L. c.265, §15A(b). (PENALTY: state prison not more than 10 years; or house of correction not more than 2½ years; or not more than $5000 fine; or both such fine and imprisonment. District Court has final jurisdiction under G.L. c.218, § 26.)

COUNT-OFFENSE
- 269/10/AA FIREARM, POSSESS LARGE CAPACITY c269 §10(m)
on 07/27/2003 did knowingly have in his or her possession, or did knowingly have under his or her control in a vehicle, a large capacity weapon or large capacity feeding device therefor, the defendant not then possessing a valid Class A or Class B license to carry firearms issued under G.L. c.140, §§131 or 131F, not being exempted by statute, and not being so permitted or otherwise provided for under G.L. c.140 or G.L. c.269, §10, in violation of G.L. c.269, §10(m). (NO DISTRICT COURT FINAL JURISDICTION IN ADULT SESSION.)

A TRUE COPY ATTEST
_____ CLERK

COUNT-OFFENSE
- 269/10G/B FIREARM VIOL WITH 2 PRIOR VIOLENT/DRUG CRIM
on 07/27/2003, having been previously convicted of two violent crimes, or two serious drug offenses, or one violent crime and one serious drug offense, arising from separate incidences, as such terms are defined in G.L. c.269, §10G(e): (1) did knowingly have in his or her possession, or under his or her control in a vehicle, a firearm, as defined in G.L. c.140, §121, or a rifle or shotgun, not then being present in or on his or her residence or place of business, and not having in effect a license to carry firearms or otherwise being authorized by law to do so, and did thereby violate the provisions of G.L. c.269, §10(a); or (2) did possess a machine gun, as defined in G.L. c.140, §121, without permission under G.L. c.140, §131, not being excepted by law, and did thereby violate the provisions of G.L. c.269, §10(c); or (3) did own, possess or carry on his or her person, or carry on his or her person or under his or her control in a vehicle, a sawed-off shotgun, as defined in G.L. c.140, §121, and did thereby violate the provisions of G.L. c.269, §10(c); or (4) did own, possess or transfer possession of a firearm, rifle, shotgun or ammunition without complying with the requirements relating to firearm identification cards as provided for in G.L. c.140, §129C, and did thereby violate the provisions of G.L. c.269, §10(h), in violation of G.L. c.269, §10G(b). (NO DISTRICT COURT FINAL JURISDICTION IN ADULT

THE COURT HAS ORDERED THAT A ☒ WARRANT ☐ DEFAULT WARRANT ISSUE AGAINST THE ABOVE DEFENDANT

Therefore you are hereby commanded to arrest the above named defendant and bring the defendant forthwith before this court to answer to the offense(s) listed above and to be dealt with according to law.

| FIRST JUSTICE | DATE OF ISSUE | CLERK-MAGISTRATE/ASST CLERK |
|---|---|---|
| WITNESS: DelVecchio, Suzanne | 11/12/2003 | |