UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| v. | ) Magistrate Judge No. 03-M-0469 |
| VAUGHN LEWIS | ) |

## DISMISSAL OF COMPLAINT

The United States, by and through United States Attorney, Michael J. Sullivan, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, dismisses the Complaint filed November 20, 2003, charging Unlawful Flight To Avoid Prosecution in violation of Title 18, United States Code, Section 1073, for the reason that the defendant was arrested by the Abbeville Sheriff's Department in North Carolina on December 24, 2003, on local charges and for the reason that further prosecution for this federal violation is not in the interests of justice.

Respectfully submitted this 27th day of February 2004.

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ James B. Farmer
JAMES B. FARMER
Chief, Criminal Division

VICTOR A. WILD
Assistant U.S. Attorney

Leave To File Granted,
This ____ day of February 2004.

MAR 1 5 2004

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge